COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re Mindy Lee Comstock, Relator

Appellate case number:     01-17-00346-CV

Trial court case number:   15-FD-3019

Trial court:               County Court at Law No. 1 of Galveston County

On May 12, 2017, relator, Mindy Lee Comstock, filed a petition for writ of mandamus seeking to vacate the respondent trial judge's May 5, 2017 oral ruling granting the real party in interest's motion to strike relator's jury demand and to order respondent to conduct a jury trial in the underlying divorce proceeding.

With the petition, relator also filed an emergency motion for temporary relief seeking a stay of the respondent's May 16, 2017 bench trial setting, pending disposition of this petition, with the required certificate of compliance. *See* TEX. R. APP. P. 52.10(a). Accordingly, the Court **grants** the relator's motion and **ORDERS** that the bench trial scheduled for May 16, 2017 is **stayed**. *See id.* 52.10(b). This stay is effective until the mandamus petition in this Court is finally decided or this Court otherwise orders the stay lifted. *See id.* Any party may file a motion for reconsideration of the stay. *See id.* 52.10(c).

Finally, the Court requests a response to the petition for writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 10 days from the date of this order**. *See id.* 2, 52.4.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes

              ☑ Acting individually    ☐ Acting for the Court

Date: May 12, 2017